UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 14 P 4: 03
U.S. DISTRICT COURT
NEW HAVEN, CT

LYONS HOLLIS             :

v.                       :    NO. 3:03cv270 (JBA)

NEW TECH PARTNERS        :

### ORDER OF DISMISSAL

This case is being administratively closed because pending bankruptcy proceedings have no definitive date for completion. Any party has the right to have this matter restored to the active docket, if exercised by motion filed no later than sixty (60) days following the termination of the bankruptcy proceedings.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    January 4, 2005